April 12, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

GUS H. COMISKEY, III, A/K/A TREY COMISKEY, AND TC3, INC., Appellants

NO. 14-10-01001-CV                    V.

FH PARTNERS, LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, FH Partners, LLC, signed July 12, 2010, was heard on the transcript of the record. We have inspected the record and find the trial court erred in granting a directed verdict on appellants', Gus H. Comiskey, III, a/k/a Trey Comiskey, and TC3, Inc.'s, waiver claims. The trial court also erred in awarding attorney's fees. We therefore order that the portions of the judgment concerning waiver and attorney's fees are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order each party to pay their own costs incurred in this appeal. We further order this decision certified below for observance.